# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

JENNIFER SLOAN,

Plaintiff(s),

v.

AMERICAN BRAIN TUMOR ASSOCIATION,
an Illinois Not-For-Profit Corporation,

Defendant(s).

Case No. 17 cv 6509
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes      pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: dismissed for failure to state a claim.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman on a motion

Date: 1/11/2018                                Thomas G. Bruton, Clerk of Court

                                               Claire Newman , Deputy Clerk